# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| FREDERICK JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:20-cv-01924-LCB-GMB |
| | ) |
| PREM GULATI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on November 12, 2021, recommending Plaintiff Frederick Jackson's claims against Wexford Health Sources, Inc., Crestwood Medical Center, Limestone Correctional Facility Health Care Unit, and the Alabama Department of Corrections be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 11). The magistrate judge further recommended Jackson's claims for deliberate indifference to his safety and medical needs against Dr. Prem Gulati and Medical Director Ruth Naglich be referred back to the magistrate judge for further proceedings. (Doc. 11 at 6, 9). Although the magistrate judge advised Jackson of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that Jackson's claims against Wexford Health Sources, Inc., Crestwood Medical Center, Limestone Correctional Facility Health Care Unit, and the Alabama Department of Corrections are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that Jackson's claims against Dr. Gulati and Naglich are **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** December 14, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE